26cr 24 PJS/DJF

## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 8 U.S.C. § 1326(a) |
| | ) | |
| FAUSTINO BARON-BELTRAN, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
#### (Reentry of Removed Alien)

On or about January 22, 2026, in the State and District of Minnesota, the defendant,

**FAUSTINO BARON-BELTRAN,**

an alien, was found in the United States after having been removed therefrom on or about November 14, 2002 and August 24, 2015, not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission to the United States, and whose removal was subsequent to a removal order, all in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL

_____          _____
UNITED STATES ATTORNEY                    FOREPERSON

SCANNED
JAN 2 9 2026
U.S. DISTRICT COURT MPLS